IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD TYLER, JR., | ) | |
| | ) | CASE NO. 5:26-cv-00281 |
| *Plaintiff,* | ) | |
| | ) | CHIEF DISTRICT JUDGE SARA LIOI |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| et al., | ) | |
| | ) | **MOTION TO DISMISS** |
| *Defendants*. | ) | |
| | ) | |

Now come Defendants United States of America and the Drug Enforcement Agency, by

and through foregoing, and hereby respectfully move this Honorable Court to dismiss Plaintiff

Leonard Tyler's Complaint pursuant to Fed. R. Civ. P. 12(b)(1).  The grounds for this Motion are

more fully set forth in the Memorandum in Support being filed contemporaneously herewith and

incorporated herein by this reference.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:   */s/ James R. Bennett II*
JAMES R. BENNETT II (#0071663)
Assistant U.S. Attorney
801 W. Superior Ave., Suite 400
Cleveland, Ohio 44113
(216) 622-3988 (Direct)
(216) 522-4982 (Facsimile)
james.bennett4@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I certify that on this 25th day of June, 2026, the foregoing Motion to Dismiss and referenced Memorandum in Support were filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Further, a copy of this filing will be sent via ordinary U.S. Mail, postage prepaid, to the following:

Leonard Tyler, Jr.
Inmate No. #60750-060
FCI-Cumberland
P.O. Box 1000
Cumberland, MD 21501

*/s/ James R. Bennett II*
JAMES R. BENNETT II (#0071663)
Assistant U.S. Attorney