UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

LEONARD TYLER, JR.,           )
                              )
    PLAINTIFF,                )
                              )
    v.                        )      Case No. 5:26-CV-281
                              )
UNITED STATES OF AMERICA,     )
ET AL,                        )
                              )
    DEFENDANT.                )
                              )

## DECLARATION OF ALYCIA P. REGIS

1.   I, Alycia P. Regis, hereby declare that I am the Acting Forfeiture Counsel of the Drug Enforcement Administration (DEA), United States Department of Justice, and in that capacity supervise forfeiture activities within the DEA.

2.   I affirm that, in the course of my official duties as Acting Forfeiture Counsel of the DEA, I supervise and monitor the forfeiture activities of DEA field offices and receive reports and inquiries from those field offices regarding all facets of forfeiture matters.

1



GOVERNMENT EXHIBIT

A

3. I declare that material related to the property, which is the subject of a complaint filed in the above-captioned action, is contained in one (1) file of my office.

4. The file captioned as DEA Asset Identification No. **21-DEA-683526** contains information related to the allegations in the complaint that DEA improperly rejected Leonard Tyler, Jr.'s claim after DEA learned that it was not signed by the Claimant (Leonard Tyler, Jr.).

(a) Asset ID Number **21-DEA-683526** represents $32,480.00 U.S. Currency seized incident to the arrest of Leonard Tyler, Jr., pursuant to a federal arrest warrant. The currency was located in a vehicle being operated by Leonard Tyler, Jr. The Cleveland, Ohio, DEA District Office subsequently prepared and submitted a forfeiture report to this office. An attorney or paralegal reviewed this report to determine if the DEA District Office provided adequate information to support administrative forfeiture proceedings against the property. This process included a legal review of the evidence that existed to seize the $32,480.00 U.S. Currency. Based on this thorough review, the DEA accepted this case for administrative forfeiture.

(b) On November 22, 2021, pursuant to 19 U.S.C.

§ 1607(a) and 18 U.S.C. § 983(a), the DEA sent written notice of this seizure by certified mail, return receipt requested, to Leonard Tyler, Jr., Prisoner ID No. 60750-060 aka Carlos Grant, Northeast Ohio Correctional Center, 2240 Hubbard Road, Youngstown, OH 44505 (Exhibit 1). On November 29, 2021, an individual signed the "signature" block of the return receipt accepting delivery of the notice letter (Exhibit 2). Six additional notices were also mailed to Leonard Tyler, Jr. at six different addresses. Because the complaint does not challenge the adequacy of DEA's notice to Leonard Tyler, Jr., those additional notice letters are not included as Exhibits in this Declaration.

(c)    Pursuant to 28 Code of Federal Regulations (C.F.R.) § 8.9(a), the DEA posted notice of the seizure of the property on Forfeiture.gov, an official internet government forfeiture website, for a period of 30 consecutive days beginning on December 6, 2021, and ending on January 4, 2022 (Exhibit 3).  The internet posting and mailed notices explained the option of filing a claim with the DEA Forfeiture Counsel in order to contest the forfeiture action in United States District Court.  Pursuant to 18 U.S.C. § 983(a), the mailed notices stated that the deadline to file a claim was December 27, 2021. If the mailed notice was not received, the internet posting

3

stated that the deadline to file a claim was February 4, 2022. In addition, the internet posting and mailed notices explained the option of filing a petition for remission or mitigation of forfeiture.

(d) On December 23, 2021, DEA received a timely claim that contained the printed name "Leonard B. Tyler, Jr.," on the Printed Name line of the Claim form, and the purported signature of "Leonard B. Tyler Jr.," on the signature line of the Claim form (Exhibit 4). Neither the printed name nor the signature contained any notations indicating that someone other than Leonard B. Tyler Jr., completed and signed the Claim form. In addition, the narrative in the Claim form statement of interest was written in the first person, and the first page of the Claim form only included Leonard B. Tyler Jr.'s name and email address. The Attorney Information section of the Claim form indicated "NA". No other documents were submitted with the Claim that would indicate a third party was signing or submitting the Claim on behalf of Leonard B. Tyler Jr.

(e) On January 13, 2022, DEA sent a letter by certified mail, return receipt requested to Leonard Tyler, Jr., 1184 Cordova Avenue, Akron, OH 44320 (address listed on the Claim form), acknowledging receipt of the claim and the referral of the claim to the Northern District of Ohio (Exhibit 5). This

acknowledgment letter was sent before DEA was aware that the Claim was not signed by Leonard Tyler, Jr.

(f) On February 14, 2022, DEA received a letter of representation from Michael B. Bowler, Esquire (Exhibit 6).

(g) On or about April 8, 2025, DEA received a letter from the United States Attorney's Office for the Northern District of Ohio, stating it will not be pursuing the forfeiture of the $32,480.00 U.S. Currency (Exhibit 7).

(h) On April 28, 2025, DEA sent a letter by certified mail, return receipt addressed to Leonard Tyler, Jr., Prisoner ID No. 60750-060, FCI Cumberland, Federal Correctional Institution, P.O. Box 1000, Cumberland, MD 21501, but mailed only to his attorney, Michael Bowler, Esq., Blakemore Meeker & Bowler Co., L.P.A., 495 Portage Lakes Dr., Coventry Township, OH 44319, advising of the decision to return the property with instruction to complete the enclosed UFMS Vendor Request Form (Exhibit 8). An individual signed the "signature" block accepting delivery of this letter (Exhibit 9). Exhibit 8 was also mailed before DEA became aware that the Claim was not signed by Leonard Tyler, Jr.

(i) On May 5, 2025, after learning that the Claim was not signed by Leonard Tyler, Jr., DEA sent a letter by certified mail, return receipt requested to Leonard, Tyler, Jr., Prisoner

5

ID No. 60750-060, FCI Cumberland, Federal Correctional Institution, P.O. Box 1000, Cumberland, MD 21501, stating the claim was invalid due to being signed by a third party, and therefore, the letter dated April 28, 2025, regarding the return of the property is rescinded (Exhibit 10).  On May 9, 2025, an individual signed the "signature" block accepting delivery of the letter (Exhibit 11).  A copy of the letter was sent by certified mail, return receipt requested to Michael Bowler, Esq., 495 Portage Lakes Dr., Coventry Township, OH 44319. An individual signed the "signature" block on May 16, 2025, accepting delivery of the letter (Exhibit 12).

(j)  On May 5, 2025, after there had not been any properly executed claim received, and after the time limit for filing said claim expired, the DEA forfeited the $32,480.00 U.S. Currency to the United States pursuant to 19 U.S.C. § 1609 (Exhibit 13).

(k)  On May 27, 2025, DEA received a hand-written letter from Leonard Tyler, Jr., informing DEA he intends to bring a lawsuit to challenge the administrative forfeiture of the $32,480.00 U.S. Currency (Exhibit 14).

(l)  On June 5, 2025, DEA sent a letter by certified mail, return receipt requested to Leonard Tyler, Jr., Prisoner ID No. 60750-060, FCI Cumberland, Federal Correctional

6

Institution, P.O. Box 1000, Cumberland, MD 21501, acknowledging the receipt of the hand-written letter received by DEA on May 27, 2025, and advising that the $32,480.00 U.S. Currency was administratively forfeited and disposed of according to law. The letter reiterated a third party signed the claim in violation of 18 U.S.C. § 983(a)(2)(C) and 28 C.F.R. 8.10(b)(3) (Exhibit 15). Because DEA did not received a signed return receipt, a check using USPS.com was conducted and showed the letter was picked up at a postal facility on June 9, 2025, in Cumberland, MD (Exhibit 16).  A copy of the letter was sent certified mail, return receipt requested to Michael Bowler, Esq., 495 Portage Lakes Dr., Coventry Township, OH 44319.  On June 9, 2025, an individual signed the "signature" block accepting delivery of the letter (Exhibit 17).

(m) On February 4, 2026, Leonard Tyler, Jr. filed a complaint in the Northern District of Ohio challenging the forfeiture of the $32,480.00 U.S. Currency (Exhibit 18).  In paragraph 9 of the complaint filed by Leonard Tyler, Jr., it states in part "On December 22, 2021, Eris Tye, acting at Tyler's direction, completed the form of Exh 1 and signed Tyler's name to it, then returned it to the DEA on Tyler's behalf."

7

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this ___21___ day of April 2026.


_____
Alycia P. Regis
Acting Forfeiture Counsel
Asset Forfeiture Section
Drug Enforcement Administration
8701 Morrisette Drive
Springfield, VA 22152


Attachments:    Exhibits 1-18

8



Leonard Tyler Jr., Prisoner ID No. 60750-060 aka Carlos Grant
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** November 22, 2021 | **Asset ID Number:** 21-DEA-683526 |
| **Notice Letter ID:** 315194 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** $32,480.00 U.S. Currency | |
| **Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on September 23, 2021 by the DEA at Uniontown, Ohio. | |
| **Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 U.S.C. 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9. | |

I.  **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A.  **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B.  **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Drug Enforcement Administration (DEA), Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.

C.  **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.

D.  **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E.  **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F.  **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G.  **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Forfeiture Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.

H.  **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I.  **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

**Exhibit 1**

Leonard Tyler Jr., Prisoner ID No. 60750-060       Notice of Seizure

    J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

II. **TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.** *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

    A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the DEA, Forfeiture Counsel, Asset Forfeiture Section 8701 Morrissette Drive, Springfield, VA 22152.

    B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **December 27, 2021**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

    C. **Requirements for Claim**: A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

    D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

    E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

    F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

    G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

    H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

    I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **December 27, 2021** may result in the property being forfeited to the United States.

    J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

III. **TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP**

    A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

    B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
- Claimant has a possessory interest in the property;
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

    C. **Regulations for Hardship**: A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.

Print your name and address on the reverse so that we can return the card to you.

Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Asset ID: 21-DEA-683526

Leonard Tyler Jr., Prisoner ID No. 60750-060 aka Carlos Grant
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505

|||||||||||||||||||||||||||||||||||||||||||||||||

9590 9402 6248 0265 8867 44

Article Number (Transfer from service label)

7021 0350 0001 6282 5187

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

M. J TAOUCM    11/29/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _[Insured Mail]_ Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**Exhibit 2**



## Advertisement Certification Report

The internet advertisement was available on the www.forfeiture.gov web site for at least 18 hours per day between December 06, 2021 and January 04, 2022.  Below is a summary report that identifies the results of the web monitoring system's daily check that verifies the advertisement was available each day.

**Ad Code:  DEA1682**
**For Asset ID:  21-DEA-683526**

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Verification that Advertisement existed on Web Site |
|---|---|---|
| 1 | 12/06/2021 | Verified |
| 2 | 12/07/2021 | Verified |
| 3 | 12/08/2021 | Verified |
| 4 | 12/09/2021 | Verified |
| 5 | 12/10/2021 | Verified |
| 6 | 12/11/2021 | Verified |
| 7 | 12/12/2021 | Verified |
| 8 | 12/13/2021 | Verified |
| 9 | 12/14/2021 | Verified |
| 10 | 12/15/2021 | Verified |
| 11 | 12/16/2021 | Verified |
| 12 | 12/17/2021 | Verified |
| 13 | 12/18/2021 | Verified |
| 14 | 12/19/2021 | Verified |
| 15 | 12/20/2021 | Verified |
| 16 | 12/21/2021 | Verified |
| 17 | 12/22/2021 | Verified |
| 18 | 12/23/2021 | Verified |
| 19 | 12/24/2021 | Verified |
| 20 | 12/25/2021 | Verified |
| 21 | 12/26/2021 | Verified |
| 22 | 12/27/2021 | Verified |
| 23 | 12/28/2021 | Verified |
| 24 | 12/29/2021 | Verified |
| 25 | 12/30/2021 | Verified |
| 26 | 12/31/2021 | Verified |
| 27 | 01/01/2022 | Verified |
| 28 | 01/02/2022 | Verified |
| 29 | 01/03/2022 | Verified |
| 30 | 01/04/2022 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**Exhibit 3**

## LEGAL NOTICE
## ATTENTION

The Drug Enforcement Administration (DEA) gives notice that the property listed below was seized for federal forfeiture for violation of federal law.  Laws and procedures applicable to the forfeiture process can be found at 19 U.S.C. Sections 1602 - 1619, 18 U.S.C. Section 983, and 28 C.F.R. Parts 8 and 9.

**To File a Petition for Remission or Mitigation:**  The government may consider granting petitions for remission or mitigation, which pardons all or part of the property from the forfeiture.  You may file both a claim and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency and will not be heard in U.S. District Court.  The petition must include a description of your interest in the property supported by documentation, include any facts you believe justify the return of the property, and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  See 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 – 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition need not be made in any particular form and may be filed online or in writing.  You should file a petition not later than **11:59 PM EST 30 days** after the date of final publication of this notice.  See 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online.  If you cannot find the desired assets online, you must file your petition in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a petition.

**To File a Claim:**  You may contest the forfeiture of the property listed below in U.S. District Court by filing a claim not later than **11:59 PM EST 30 days** after the date of final publication of this notice of seizure, unless you received a written notice via personal letter in which case the deadline set forth in the letter shall apply.  A claim must describe the seized property, state your ownership or other interest in the property, and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  See 18 U.S.C. Section 983(a)(2)(C) and 28 U.S.C. Section 1746.  A claim need not be made in any particular form and may be filed online or in writing.  See 18 U.S.C. Section 983(a)(2)(D).  Claims must be sent to the DEA pursuant to the instructions shown in this notice.  The https://www.forfeiture.gov/FilingClaim.htm website provides access to a standard claim form that may be mailed and the link to file a claim online.  If you cannot find the desired assets online, you must file your claim in writing.  This website also provides information on the agency filing address to use when mailing as well as answers to frequently asked questions (FAQs) about filing a claim.

**To Request Release of Property Based on Hardship:**  Upon the filing of a proper claim, a claimant may request release of the seized property during pendency of forfeiture proceedings due to hardship if the claimant is able to meet specific conditions.  See 18 U.S.C. Section 983(f).  The hardship request cannot be filed online and must be in writing. The claimant must establish the following: claimant has a possessory interest in the property, claimant has sufficient ties to the community to assure that the property will be available at the time of trial, and the government's continued possession will cause a substantial hardship to the claimant.  A complete list of the hardship provisions can be reviewed at 18 U.S.C. Section 983(f) and 28 C.F.R. Section 8.15. Some assets are not eligible for hardship release.

Submit all documents to the Drug Enforcement Administration, Forfeiture Counsel, Asset Forfeiture Section, 8701 Morrissette Drive, Springfield, VA 22152.

## LAST DATE TO FILE:  02/04/2022

## NORTHERN DISTRICT OF OHIO
**21-DEA-683526:** $32,480.00 U.S. Currency, seized by the DEA on September 23, 2021 from Leonard Tyler Jr. AKA Carlos Grant in Uniontown, OH for forfeiture pursuant to 21 U.S.C. 881.

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION | |
|---|---|
| Claimant/Contact Name: (Last, First) Tyler Jr; Leonard B. | |
| Business/Institution Name: (if applicable) N|A | Prisoner ID: (if applicable) 60750-D6D |
| Address: (Include Street, City, State, and Zip Code) 1184 CORDOVA AVE AKRON OH 44320 | |
| Social Security Number/Tax Identification Number: (Enter N/A if you do not have one) | |
| Please provide an explanation why you do not have a Social Security Number, if above is N/A: N|A | |
| Phone: (optional) 234-803-4800 | Email: (optional) leonardtyler0812@yahoo.com |
| ATTORNEY INFORMATION (if applicable) | |
| Attorney Name: (Last, First) N/A | |
| Attorney Title: | |
| Firm Name: (if applicable) | |
| Attorney Address: (Include Street, City, State, and Zip Code) | |
| Are you an attorney filing this claim on behalf of your client?  ☐ YES  ☐ NO | |
| Attorney Phone: (optional) | Attorney Email: (optional) |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 21-DEA-683526 | $32,480.00  US currency |
| | | |
| | | |
| | | |
| | | |

**Exhibit 4**

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
| --- | --- |
| **Asset ID** | **Asset Description** |
| 21-DEA-683526 | $32,480.00  us currency |
| | |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

This money belongs to me. Over the past couple years I have a business and a license that has allowed me to make cash. I have a mobile detailing and power washing business where customers paid cash at the time of service. Also I've been a 1099 contracted employee as a State of Ohio Dealer Licensed salesperson at a local dealership where I earned cash comission and have completed numerous cash car deals that can be accounted for.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

I have included my articles of organization for my business. Also attached is proof of my State of Ohio salesperson license. Both of these endeavors have allowed me to accumulate this cash over time.

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured:** (Last, First) N|A | |
| **Policy Number:** | **Claim Number:** |
| **Name of Insurance Company:** | **Name of Insurance Agent:** (Last, First) |
| **Insurance Company Address:** (Include Street, City, State, and Zip Code) | |
| **Phone:** (optional) | **Email:** (optional) |
| **Have you received compensation from the insurance company?**  ☐ YES      ☐ NO | **Amount of Compensation:** |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1:** N|A | **Amount of Recovery:** |
| **Source of Recovery 2:** | **Amount of Recovery:** |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.** N|A





## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_Leonard B. Tyler Jr._
**Signature**

Leonard B. Tyler Jr.
**Printed Name**

12/22/2021
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

DOC ID ----> 202016201878

Form 533A Prescribed by:



**Frank LaRose**
*Ohio Secretary of State*

Date Electronically Filed: 6/10/2020

Toll Free: 877.767.3453 | Central Ohio: 614.466.3910

OhioSoS.gov | business@OhioSoS.gov

File online or for more information: OhioBusinessCentral.gov



# Articles of Organization for a Domestic Limited Liability Company
## Filing Fee: $99
### Form Must Be Typed

**CHECK ONLY ONE (1) BOX**

| (1) | Articles of Organization for Domestic ☉ For-Profit Limited Liability Company (115-LCA) | (2) | Articles of Organization for Domestic ☐ Nonprofit Limited Liability Company (115-LCA) |
|---|---|---|---|

Name of Limited Liability Company | L & L's V.I.P Mobile Car and Power Wash LLC

(Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd., "or "ltd".)

**Optional:** Effective Date (MM/DD/YYYY) 6/10/2020

(The legal existence of the corporation begins upon the filing of the articles or on a later date specified that is not more than ninety days after filing.)

**Optional:** This limited liability company shall exist for

Period of Existence

**Optional:** Purpose

** **Note for Nonprofit LLCs**
The Secretary of State does not grant tax exempt status. Filing with our office is not sufficient to obtain state or federal tax exemptions. Contact the Ohio Department of Taxation and the Internal Revenue Service to ensure that the nonprofit limited liability company secures the proper state and federal tax exemptions. These agencies may require that a purpose clause be provided. **

DOC ID ----> 202016201878

## Original Appointment of Statutory Agent

The undersigned authorized member(s), manager(s) or representative(s) of

L & L's V.I.P Mobile Car and Power Wash LLC

(Name of Limited Liability Company)

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the corporation may be served. The complete address of the agent is:

LEONARD TYLER, JR.

(Name of Statutory Agent)

1184 CORDOVA

(Mailing Address)

| AKRON | OH | 44320 |
|---|---|---|
| (Mailing City) | (Mailing State) | (Mailing ZIP Code) |

## Acceptance of Appointment

The Undersigned, | LEONARD TYLER, JR. | , named herein as the

(Name of Statutory Agent)

Statutory agent for | L & L's V.I.P Mobile Car and Power Wash LLC

(Name of Limited Liability Company)

hereby acknowledges and accepts the appointment of statutory agent for said limited liability company.

Statutory Agent Signature | LEONARD TYLER, JR.

(Individual Agent's Signature / Signature on Behalf of Business Serving as Agent)

533A | Page 2 of 3 | Last Revised: 06/2019

DOC ID ⟶ 202016201878

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**

Articles and original appointment of agent must be signed by a member, manager or other representative.

If the authorized representative is an individual, then they must sign in the "signature" box and print his/her name in the "Print Name" box.

If the authorized representative is a business entity, not an individual, then please print the entity name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print his/her name and title/authority in the "Print Name" box.

LEONARD TYLER, JR.

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

533A                                     Page 3 of 3                          Last Revised: 06/2019

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Frank LaRose
#### 4485244

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**L & L'S V.I.P MOBILE CAR AND POWER WASH LLC**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG**<br>Effective Date: 06/10/2020 | **202016201878** |



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 10th day of June, A.D. 2020.

*Frank LaRose*

**Ohio Secretary of State**

OHIO DEPARTMENT OF PUBLIC SAFETY
BUREAU OF MOTOR VEHICLES

## DEALER'S LISTING OF LICENSED SALESPERSONS

| NAME OF SALESPERSON | (STREET) | ADDRESS | (CITY & STATE) | SAL |
|---|---|---|---|---|

**Vendor's License**

COUNTY OF SUMMIT          DATE APRIL 1, 2018

TOTAL AUTO SALES AND RENTALS LLC

2470 MANCHESTER RD

AKRON, OH 44314

USED CAR DEALERS



DEC 23 2021

499   1
16.30   D
5999
12.23

OMA

**U. S. Department of Justice**
Drug Enforcement Administration

---

*www.dea.gov*                                      January 13, 2022

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Leonard Tyler, Jr.
1184 Cordova Avenue
Akron, OH 44320

RE:     Asset I. D. No.:     21-DEA-683526
        Property:            $32,480.00 U.S. Currency
        Judicial District:   Northern District of Ohio

Dear Mr. Tyler:

The Drug Enforcement Administration (DEA) has received the submission regarding the above-referenced asset(s).  The following information is provided:

The claim has been accepted and this matter has been referred to the judicial district noted above.  Please direct all inquiries regarding this matter to that office.

Further correspondence to DEA regarding this matter must reference the DEA asset identification number(s) noted above and must be addressed to the Forfeiture Counsel, Drug Enforcement Administration, Asset Forfeiture Section, 8701 Morrissette Drive, Springfield, Virginia 22152. Correspondence will be deemed *filed (or submitted)* on the **business** date it is actually received by the Forfeiture Counsel at the address listed above.  Correspondence **will not be accepted nor considered filed on weekends or federal holidays,** or when it is received by any other office or official, such as a court, United States Attorney's Office, or local DEA office.  In addition, a Claim or Petition is not considered filed or submitted if received facsimile transmission.  Finally, correspondence is not considered filed or submitted on the date it is mailed or delivered to any person for delivery to the Forfeiture Counsel.

Sincerely,

Asset Forfeiture Section
Office of Operations Management

**Exhibit 5**

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usp*

OFFICIAL US

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Po

Postage

Leonard Tyler, Jr.
1184 Cordova Avenue
Akron, OH 44320

**PS Form 3800, April 2015** PSN 7530-02-000-9047          See Revers

7018 1830 0000 6509 1940



# BLAKEMORE, MEEKER & BOWLER CO., L.P.A., ATTORNEYS AT LAW

*ROBERT W. BLAKEMORE (1926-2003)*
**ROBERT C. MEEKER**
**MICHAEL B. BOWLER**
**RICHARD V. ZURZ**
**COLIN G. MEEKER**
**BLAISE R. MEEKER**
**BEN T. MANAYAN, JR.** (Lic. in Fed. Courts, not Ohio.)

**495 PORTAGE LAKES DRIVE**
**AKRON, OHIO 44319**
**TELEPHONE: (330) 253-3337**
**FAX: (330) 253-4131**
e-mail: mrl@bmblaw.com

February 9, 2022

Forfeiture Counsel
Drug Enforcement Administration
Asset Forfeiture Section
8701 Morrissette Drive
Springfield, Virginia 22152

> RE: Asset I.D. No.: 21-DEA-683526
> Property: $32,480.00 U.S. Currency
> Judicial District: Northern District of Ohio

Dear Sirs:

Please be advised that our office represents Leonard Tyler, Jr. with regard to this matter. Mr. Tyler hereby makes a claim for this asset. Please contact me with regard to this matter upon receipt of this letter.

Yours truly,

BLAKEMORE, MEEKER & BOWLER CO., LPA

Michael B. Bowler
Attorney at Law

MBB:mrl

**Exhibit 6**

BLAKEMORE, MEEKER & BOWLER CO., LPA
ATTORNEYS AT LAW
495 Portage Lakes Drive
Akron, OH  44319



CLEVELAND OH 440

11 FEB 2022 PM 4 L

 

02/10/2022
0346 008182015



RECEIVED

FEB 14 2022

THIS PA
HAS BEEN X-

Forfeiture Counsel
Drug Enforcement Administration
Asset Forfeiture Section
8701 Morrissette Drive
Springfield, Virginia  22152

22152-108001



U.S. Department of Justice

*United States Attorney*
*Northern District of Ohio*

United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852

April 8, 2025

Brittany Stewart, Asset Forfeiture Specialist
Drug Enforcement Administration
431 Howard Street
Detroit, MI 48226

> Re: $32,480.00 in U.S. Currency
> Claimant Leonard Tyler, Jr.
> CATS ID: 21-DEA-683526

Dear Ms. Stewart:

The United States Attorney=s Office has determined it will not pursue the forfeiture of the above-described currency as the CAFRA date has expired and this asset was not included in Mr. Tyler's criminal case. Accordingly, please arrange for the return of the currency in accordance with DEA policy.

If you have any questions, please feel free to contact FSA Supervisory Paralegal, Bridget Gedeon.

Sincerely,

/s/ *Margaret M. Sweeney*
Margaret M. Sweeney
Asset Forfeiture Chief
(216) 622-3990

cc:  Ashley Williams,
DEA Supervisory Records Examiner

**Exhibit 7**

**U. S. Department of Justice**

Drug Enforcement Administration

---

*www.dea.gov*

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Leonard Tyler, Jr. – Prisoner ID No. 60750-060
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

RE:     Asset ID No.:     21-DEA-683526
        Property:          $32,480.00 U.S. Currency

Dear Mr. Tyler:

I am writing to inform you of the decision to return the above-referenced property to the owner. In order to receive the funds, please complete the "Employee/Vendor/Payee Information" and "Financial Institution Information" sections on the enclosed UFMS Vendor Request Form (ACH Form).

The completed Form(s) must be returned to this office at the DEA address or e-mail noted below within **thirty (30)** days from the date this letter is postmarked. The **Employee/Vendor/Payee Information** section of the UFMS Vendor Request Form <u>must</u> contain the property owner's name and taxpayer ID number. Please print or type when completing the Form. The payment will be made by electronic funds transfer to the bank account designated on the UFMS Vendor Request Form. Please be advised it may take a minimum of 60 days before the property can be returned to you.

The Debt Collection Improvement Act of 1996, 31 United States Code § 3716, requires the Department of the Treasury and other disbursing officials to offset Federal payments to collect delinquent non-tax debts owed to the United States, or delinquent debts owed to states, including past-due child support enforced by states. If an offset is made during an electronic funds transfer, the owner will receive a notification from the Department of the Treasury at the last address provided by the debtor to the creditor. If the owner believes the payment may be subject to an offset, they may contact the Treasury Department at the following number: 1-800-304-3107. Failure to return the Form will result in the abandonment of the property, as indicated below.

**Abandonment of Asset if the ACH Form is not returned**

This letter is the formal notification that pursuant to 41 C.F.R. § 128-48.1, this property will be

**Exhibit 8**

abandoned, resulting in the title vesting in the United States, if the enclosed UFMS Vendor Request Form(s) is not completed and received by DEA at the below physical or email address within **thirty (30) days** from the date this letter is postmarked.  Because DEA believes the owner is the correct person(s) to receive the property, they are not being asked to submit an abandonment claim pursuant to 41 C.F.R. § 128-48.102-1.  The owner need only return the completed ACH Form(s) by the deadline.

If the property is abandoned, the owner will not receive any additional notification that the abandonment has occurred.

Further correspondence with this office, including the completed UFMS Vendor Request Form(s), must include the Asset ID number referenced above and be addressed to the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152.  Alternatively, you may e-mail (*preferred method*) the Form to DEA.AFS-ACH.Processing@usdoj.gov.

Sincerely,

PETER JOHNSON
Digitally signed by
PETER JOHNSON
Date: 2025.04.28
10:12:08 -04'00'

Peter N. Johnson
Section Chief
Asset Forfeiture Section

Enclosure(s)

CC:   Michael Bowler, Esq.
      Blakemore Meeker & Bowler Co., L.P.A.
      495 Portage Lakes Dr.
      Coventry Township, OH 44319

# U.S. DEPARTMENT OF JUSTICE

## Unified Financial Management System (UFMS)
## Vendor Request Form

This form must be electronically filled out, no handwritten forms will be accepted

1. Request Type: New

2. Is Vendor Required to Register in SAM? N

If the vendor is required to register in SAM.gov, please have them do so before completing this form. SAM.gov Registration exceptions can be found in FAR 4.1102. The assumption is that the SAM.gov information is valid. If the information currently listed at SAM.gov or in the UFMS is incorrect, then the vendor should be contacted to update their SAM.gov information

3. If No, What is the FAR Exemption? Refund Vendor

### USDOJ Component Information

| | | | |
|---|---|---|---|
| 4. Date of Request: | | 5. Requesting Component: | U.S. Marshals Service |
| 6. Component Contact: | AFD.ACHForms@usdoj.gov | 7. Office Phone Number: | (703) 740-9326 |
| 8. Purpose of Request: | Asset Forfeiture - Return of Funds/Settlement Payment | | |
| 9. UFMS Security Org: | USMS | 10. Vendor Type: | Non-Vendor (NON) |
| 11. Component-Specific Justification: | N/A | | |
| 12. Payment Type: | PPD | 13. Prompt Pay Type: | Non-PromptPayAct (NONPPA) |

### Employee/Vendor/Payee Information

| | | | |
|---|---|---|---|
| 14. Vendor Name: | Leonard Tyler Jr. | | |
| 15. DUNS Number +4: | N/A | 16. SSN | |
| 17. Street Address: | | | |
| 18. City, State, Zip: | | | |
| 19. Country: | United States of America | 20. Email Address: | |
| 21. Vendor Phone Number: | | 22. Fax Number: | |
| 23. Vendor Contact: | | 24. NCIC/TPID Code: | 2173452 |
| 25. Federal Government Agency Location Code (ALC): | N/A | | |

### Financial Institution Information

| | | | |
|---|---|---|---|
| 26. Bank Name: | | | |
| 27. Street Address: | | | |
| 28. City, State, Zip: | | | |
| 29. Country: | United States of America | 30. Bank Phone Number: | |
| 31. ABA Number: | | 32. Account Number: | |
| 33. Account Type: | | Re-Enter Account Number: | |

PRIVACY ACT STATEMENT: The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System



Submit Form

JMD/UFSG - Vendor Request Form

February 2019

# U.S. DEPARTMENT OF JUSTICE

## Unified Financial Management System (UFMS)
## Vendor Request Form
## Instructions for Asset Forfeiture - Return of Funds - Settlement Payment

### USDOJ Component Information

| | |
|---|---|
| **Box 4 - Date of Request:** | Enter the **Date** the request will be submitted |
| **Box 12 - Payment Type:** | Review the options below |

- Select **CCD** for payment to a Corporate account
- Select **PPD** for payment to a Personal account
- Select **Check** if requesting to be paid by check (Note: If Check is selected, Boxes 17-19 must contain a valid mailing address and Boxes 26-33 will remain blank)

### Employee/Vendor/Payee Information

| | |
|---|---|
| **Box 14 - Vendor Name:** | Enter the **Name** of the individual/business (i.e., Defendant, Claimant, Petitioner) legally entitled to the funds |

- If an attorney filling out this form on behalf of a client - Enter the Client's name followed by "c/o [Attorney's name]"

| | |
|---|---|
| **Box 16 - EIN/SSN/TIN:** | Enter the **Tax ID Number** of the Petitioner who is legally entitled to the funds |

- If a business - Select **EIN/TIN** and enter Tax ID Number (numbers only)(e.g., 12-3456789)
- If an individual - Select **SSN** and enter the Social Security Number (numbers only) (*e.g., 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)

| | |
|---|---|
| **Box 17 - Street Address:** | Enter current **Address** |
| **Box 18 - City, State, Zip Code:** | Enter current **City, State,** and **Zip Code** |
| **Box 19 - Country:** | Enter the **Country** of address in Boxes 17-18 |
| **Box 20 - E-mail Address:** | Enter an **E-mail Address** relative to the party identified in Box 14 |
| **Box 21 - Vendor Phone No:** | Enter a **Phone Number** relative to the party identified in Box 14 |
| **Box 23 - Contact Name:** | Enter the **Name** of the point of contact relative to the party identified in Box 14 |
| **Box 24 - NCIC/TPID Code:** | Enter the **CATS Party ID Number** (Note: This number is 6-10 digits long and is typically conveyed in the subject of the correspondence instructing you to complete the UFMS Vendor Request Form. Please contact the Agency that sent the correspondence should you have any questions regarding this field) |

### Financial Institution Information

| | |
|---|---|
| **Box 26 - Bank Name:** | Enter the **Name** of the bank where funds are to be transferred |
| **Box 27 - Street Address:** | Enter the **Address** for the bank in Box 26 |
| **Box 28 - City, State, Zip Code:** | Enter the **City, State,** and **Zip Code** for the bank in Box 26 |
| **Box 30 - Bank Phone No:** | Enter the **Phone Number** for the bank in Box 26 |
| **Box 31 - ABA Number:** | Enter the **9 Digit Routing Number** for the bank holding the account where funds are to be transferred |
| **Box 32 - Account Number:** | Enter the **Account Number** where the funds are to be transferred |
| **Box 33 - Account Type:** | Enter the appropriate **Account Type** for Account Number in Box 32 |

Click the "**Submit Form**" button to e-mail the form to AFD.ACHForms@usdoj.gov. The e-mail address in Box 20 will receive a courtesy e-mail when your information is entered into the financial system.

U.S. DEPARTMENT OF JUSTICE
UG ENFORCEMENT ADMINISTRATION (DEA)
8701 Morrissette Drive
Springfield, VA 22152

OMA

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

7021 1970 0000 8577 9753

Michael Bowler, Esq.
Blakemore Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Coventry Township, OH 44319

ROZA M. GROVE / 4/23/2025

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Bowler, Esq.
Blakemore Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Coventry Township, OH 44319
21-DEA-683526(18)

9590 9402 4987 9063 8960 38

2. Article Number (Transfer from service label)
7021 1970 0000 8577 9753

**COMPLETE THIS SECTION ON DELI**

A. Signature
X

B. Received by (Printed Name)

D. Is delivery address different from item
If YES, enter delivery address below

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

☐ Pr
☐ R
☐ R
D
☐ R
M
☐ S
☐ Si
R

PS Form 3811, July 2015 PSN 7530-02-000-9053

Dome



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Bowler, Esq
Blakemore Meeker & Bowler Co., L.P.A
495 Portage Lakes Dr
Coventry Township, OH 44319
21-DEA-683526(18)

||||||| 9590 9402 4987 9063 8960 38

2. Article Number (Transfer from service label)

7021 1970 0000 8577 9753

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Exhibit 9**

**U. S. Department of Justice**

Drug Enforcement Administration

---

*www.dea.gov*

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Leonard Tyler, Jr. – Prisoner ID No. 60750-060
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

Re:  Asset ID No.: 21-DEA-683526
　　　Property: $32,480.00 U.S. Currency

Dear Mr. Tyler:

　　I am writing to you regarding a handwritten Claim (using a Standard Claim Form), that contains a signature purported to be yours and dated December 21, 2021. The claim was not submitted through an attorney. The Claim indicated "N/A" in the block asking for attorney information. The Claim was written in the first person and signed with your name under the following statement:

　　　*The following declaration must be completed by the claimant.*

　　　*I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.*

　　After accepting the Claim, believing it to be signed by you (the claimant), under penalty of perjury, the Drug Enforcement Administration (DEA) learned that the Claim was in fact written and signed by a third party who used your name. During an investigation the third party admitted to writing and signing the Claim using your name.

　　A Claim may not be signed by a third party on behalf of a claimant (e.g., an attorney representing a claimant may not sign the Claim for his/her client, nor may a person use a power of attorney to sign the claimant's name). See 18 U.S.C. § 983(a)(2)(C) and 28 C.F.R. 8.10(b)(3). Accordingly, the Claim was not valid and is hereby rejected. Your time period to file a valid Claim has also expired. Because no timely valid Claims have been received, this asset has been administratively forfeited.

　　For the reasons indicated above, the previous DEA letter dated April 28, 2025, regarding the return of the above asset, is also rescinded.

**Exhibit 10**

Page 2

Further correspondence with this office, must include the Asset ID number referenced above and be addressed to the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152.

Sincerely,

**ROBERT PORZEINSKI** Digitally signed by ROBERT PORZEINSKI
Date: 2025.05.05 13:26:54 -04'00'

Robert A. Porzeinski
Senior Attorney
Asset Forfeiture Section (CCF)

cc:     Michael Bowler, Esq.
        495 Portage Lakes Dr.
        Coventry Township, OH 44319



SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.
Article Addressed to:

Leonard Tyler. Jr. – Prisoner ID No. 60750-060
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501
21-DEA-683526(18) – 010

9590 9402 7307 2028 2909 96

Article Number (Transfer from service label)

22 2410 0001 ₂₄49 8683

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
05-09-2025

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Exhibit 11**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Michael Bowler, Esq.
495 Portage Lakes Dr.
Coventry Township, OH 44319
21-DEA-683526(18)

9590 9402 7307 2028 2909 89

Article Number *(Transfer from service label)*

022 2410 0001 3049 8690

S Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Maya Meeker*
☐ Agent
☒ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
5/16/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

*Maya Meeker*

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Exhibit 12**



**U.S. DEPARTMENT OF JUSTICE**
**RUG ENFORCEMENT ADMINISTRATION (DEA)**
8701 Morrissette Drive
Springfield, VA 22152

*OMA*

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE, $300**

7022 2410 0001 3049 8690

Michael Bowler, Esq
495 Portage Lakes Dr.
Coventry Township, OH 44319

*ROSA M. Group 1 5/7/2020*

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON** D |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X<br>B. Received by *(Printed Name)* |
| 1. Article Addressed to:<br><br>Michael Bowler, Esq.<br>495 Portage Lakes Dr.<br>Coventry Township, OH 44319<br>21-DEA-683526(18) | D. Is delivery address different from<br>If YES, enter delivery address b |
| <br>9590 9402 7307 2028 2909 89 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>(over $500) |
| 2. Article Number *(Transfer from service label)*<br>7022 2410 0001 3049 8690 | |
| PS Form **3811**, July 2020 PSN 7530-02-000-9053 | Do |

**U.S. Department of Justice**

Drug Enforcement Administration

---

### DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:      21-DEA-683526
Case Number:          I8-21-0097
Judicial District:    Northern District of Ohio
Seizure Date:         09/23/2021
Seizure Location:     Uniontown, OH

Asset Description:       $32,480.00 U.S. Currency
Asset Value at Seizure:  $32,480.00

The property described above was taken into custody by the Drug Enforcement Administration for civil forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and Title 28, Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 21 U.S.C. Section 881, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Robert Porzeinski via the FR application                    Date: 05/05/2025

Senior Attorney
Asset Forfeiture Section
Office of Chief Counsel

**Exhibit 13**

MAY 19, 2025

Forfeiture Counsel
Asset Forfeiture Section
Drug Enforcement Administration
HQs Forfeiture Response
8701 Morrissette Dr
Springfield, VA 22152

Re: 21-DEA-683526, $32,480.00 US Currency

Dear Sirs/Madams:

   Mr. Leonard Tyler, Jr. intends to bring suit to challenge the administrative forfeiture of $32,480.00, Asset ID No: 21-DEA-683526. Specifically, he believes that the administrative forfeiture provisions of 18 USC §983 and related statutes violate US Const Amend VII, that 28 CFR §8.10-(b)(3) exceeds statutory authority and is an arbitrary and capricious application of 18 USC §983 and related statutes, and that the DEA in this matter have not adhered to the relevant statutes and regulations.

   If there is any further route of administrative appeal available to Mr. Tyler, please advise in writing within 30 days.

FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

Sincerely,

Leonard Tyler, Jr #60750-060

—1—

**Exhibit 14**



Cumberland Federal Correctional Institution

P.O. Box 1000

Cumberland, MD 21501

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 2407 9718

RECEIVED
MAY 27 2025
THIS PARCEL HAS
BEEN X-RAYED

⟺60750-060⟺
Asset Forfeiture Section
D.E.A-Forfeiture Response
8701 Morrissette DR
Springfield, VA 22152
United States

 **U. S. Department of Justice**
Drug Enforcement Administration

*www.dea.gov*

JUN 0 5 2025

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Leonard Tyler, Jr. – Prisoner ID No. 60750-060
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

Re:  Asset ID No.: 21-DEA-683526
     Property: $32,480.00 U.S. Currency

Dear Mr. Tyler:

    The Drug Enforcement Administration (DEA), received the enclosed handwritten letter dated May 19, 2025, regarding the above reference asset. The letter was submitted directly by you from your incarceration address.  Please be advised that this asset was administratively forfeited and disposed of according to law.

    As indicated in our letter to you dated May 5, 2025, your previously submitted claim was defective because it was not signed by you.  The investigation conclusively established that a third party signed the claim using your name.  A Claim may not be signed by a third party on behalf of a claimant (e.g., an attorney representing a claimant may not sign the Claim for his/her client, nor may a person use a power of attorney to sign the claimant's name). See 18 U.S.C. § 983(a)(2)(C) and 28 C.F.R. 8.10(b)(3).  The law is well settled in this regard.  Because you failed to submit timely and valid claim, DEA resumed the administrative forfeiture and forfeited the asset.  This matter is now closed in this office.

Sincerely,

**ROBERT PORZEINSKI**
Digitally signed by ROBERT PORZEINSKI
Date: 2025.06.04 14:30:35 -04'00'

Robert A. Porzeinski
Senior Attorney
Asset Forfeiture Section (CCF)

cc:    Michael Bowler, Esq.
       495 Portage Lakes Dr.
       Coventry Township, OH 44319

**Exhibit 15**

MAY 19, 2025

Forfeiture Counsel
Asset Forfeiture Section
Drug Enforcement Administration
HQS Forfeiture Response
8701 Morrissette Dr
Springfield, VA 22152

Re: 21-DEA-683526, $32,480.00 US Currency

Dear Sirs/Madams:

Mr. Leonard Tyler, Jr. intends to bring suit to challenge the administrative forfeiture of $32,480.00, Asset ID No. 21-DEA-683526. Specifically, he believes that the administrative forfeiture provisions of 18 USC §983 and related statutes violate US Const Amend VII, that 28 CFR §8.10-(b)(3) exceeds statutory authority and is an arbitrary and capricious application of 18 USC §983 and related statutes, and that the DEA in this matter have not adhered to the relevant statutes and regulations.

If there is any further route of administrative appeal available to Mr. Tyler, please advise in writing within 30 days.

FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

Sincerely,

Leonard Tyler, Jr. #60750-060

-1-

**U.S. DEPARTMENT OF JUSTICE**
DRUG ENFORCEMENT ADMINISTRATION
ASSET FORFEITURE SECTION
FORFEITURE COUNSEL
HQs FORFEITURE RESPONSE
8701 MORRISSETTE DRIVE
SPRINGFIELD, VA 22152-1080

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300



7019 2970 0001 6712 2424

Legal I

Leonard Tyler, Jr. – Prisoner ID No. 60750-060
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

Case 5:26-cv-00281-SL Doc #: 7-2 Filed: 06/25/26 45 of 87 PageID #: 154

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leonard Tyler, Jr. – Prisoner ID No. 60750-060
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501
**21-DEA-683526 (18)**

9590 9402 7454 2055 2362 09

2. Article Number *(Transfer from service label)*

7019 2970 0001 6712 2424

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

21-683526-012

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

# 70192970000167122424

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 10:43 am on June 9, 2025 in CUMBERLAND, MD 21502.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Postal Facility**
CUMBERLAND, MD 21502
June 9, 2025, 10:43 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                              ∨

**USPS Tracking Plus®**                                               ∨

**Product Information**                                               ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

**Exhibit 16**



**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.

Print your name and address on the reverse so that we can return the card to you.

Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Michael Bowler, Esq.
35 Portage Lakes Dr.
Coventry Township, OH 44319
-DEA-683526 (18)

9590 9402 7454 2055 2361 93

7019 2970 0001 6712 2431

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery
6/9/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

21-683526-01

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

**Exhibit 17**

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OHIO

Eastern Division

**FILED**

FEB 0 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Leonard Tyler, Jr

# 60750-060

FCI-Cumberland

PO Box 1000

Cumberland, MD 21501

   Plaintiff

v.

Case No **5:26 CV 281**

United States Of America

US Attorney's Office for the Northern

   District of Ohio

2 S. Main St, Rm 208

Akron, OH 44308

**JUDGE LIOI**

**MAG. JUDGE HENDERSON**

Drug Enforcement Agency ("DEA")
Forfeiture Counsel

8701 Morrissette Dr

Springfield, VA 22152

   Defendants

-1-

**Exhibit 18**

<u>COMPLAINT</u>

<u>Parties, Venue, Jurisdiction</u>

1) Leonard Tyler, Jr. is a person from whom the United States Of America and its DEA have seized and administratively forfeited $32,480.00 (thirty two thousand four hundred eighty dollars and no cents) in United States currency.

2) Defendant United States Of America is the federal government of the United States. It is the proper defendant for an equitable challenge to an administrative forfeiture under Constitutional common law. <u>United States v. Dusenberry</u> 201 F3d 763 (6TH Cir 2000).

3) Defendant DEA is an agency of the United States and the proper defendant for the Administrative Procedure Act ("APA") claims. 5USC §703.

4) The Court has equitable jurisdiction over the Constitutional common law claims pursuant to 28 USC §1331 and US Const Amends IV, V, and VII. <u>Dusenberry.</u>

5) The Court has jurisdiction over the APA claims pursuant to 28 USC §1331 and 5 USC §702-703.

6) The $32,480.00 in currency at issue was seized in Uniontown, Ohio, making venue proper in this district. 28 USC §1391(b)(2).

-2-

Factual Allegations

7) On September 23, 2021, the DEA seized the $32,480.00 in US currency at issue here from a vehicle being driven by Leonard Tyler, Jr. at 3619 S. Arlington Rd, Uniontown, OH. Tyler was arrested that day and has been continuously imprisoned since that day.

8) In December of 2021, the DEA sent notices to Tyler at his home and at the Correctional Corporation Of America ("CCA") jail facility in Youngstown, Ohio, instructing Tyler to respond within 20 days. With the letter was a form, attached hereto as Exhibit ("Exh") 1, for Tyler to use to assert his claim to the $32,480.00 In currency to prevent its administrative forfeiture.

9) On December 22, 2021, Eris Tye, acting at Tyler's direction, completed the form of Exh 1 and signed Tyler's name to it, then returned it to the DEA on Tyler's behalf. Because of Tyler's imprisonment, he could not have gathered the necessary documents, completed, signed and returned the form of Exh 1 within the 20 day time limit.

10) On January 18, 2022, the DEA accepted Tyler's claim and forwarded the matter to its forfeiture counsel, per Exh 2.

11) On April 28, 2025, the DEA sent Tyler a letter, attached hereto as Exh 3, stating that it had determined it would return to him the $32,480.00 in US currency.

-3-

12) Before May 19, 2025, the DEA sent Tyler a letter, attached hereto as Exh4, stating that it had reversed its decision to return the innocent $32,480.00 in US currency because Tye had signed Exh1 for Tyler with Tyler's authorization, citing 28 CFR §8.10(b)(3).

13) On May 19, 2025, Tyler mailed to the DEA Exh5, inquiring whether Exh4 represented a final agency action.

14) On June 5, 2025, the DEA sent Tyler a letter, attached hereto as Exh6, stating that it had, indeed, taken final agency action.

COUNT I - UNLAWFUL SEIZURE AND TAKING PURSUANT TO US CONST AMENDS IV, V AND VII

15) The allegations of para 1-14, supra, are hereby incorporated by reference.

16) Defendant United States unlawfully seized and took $32,480.00 in US currency from Tyler in violation of US Const Amends IV, V and VII.

17) Tyler prays that this Court order returned to him $32,480.00 in US currency and any other relief that the Court may see fit to grant.

-4-

## COUNT II – THE ADMINISTRATIVE FORFEITURE PROVISIONS OF 21 USC § 881, 18 USC §983 AND THEIR IMPLEMENTING REGULATIONS VIOLATE US CONST AMEND IV, V AND VII

18) The allegations of para 1-14. supra, are hereby incorporated by reference.

19) The administrative forfeiture provisions of 21 USC §881, 18 USC §983 and their implementing regulations violate US Const Amend IV, V and VII.

20) Tyler prays that this Court declare that the administrative forfeiture provisions of 21 USC §881, 18 USC §1983 and their implementing regulations violate US Const Amend IV, V and VII and are therefore null and of no effect and order that his $32,480.00 in US currency be returned to him and any other relief that the Court may see fit to grant.

## COUNT III – VIOLATION OF THE APA, 5 USC §701, et seq

21) The allegations of para 1-14, supra, are hereby incorporated by reference.

22) The DEA's decision to administratively forfeit Tyler's $32,480.00 in US currency was an arbitrary and capricious misapplication of the relevant statutes and regulations in violation of the APA, 5 USC §701, et seq.

23) Tyler prays that this Court order returned to him $32,480.00 in US currency and any other relief that the Court may see fit to grant.

COUNT IV - VIOLATION OF THE APA, 5 USC §701, et seq

24) The allegations of para 1-14, supra, are hereby incorporated by reference.

25) 28 CFR §8.10 was, in whole or part, promulgated by the DEA without statutory authority and in violation of the nondelegation doctrine and the major questions doctrine.

26) Tyler prays that this Court declare that 28 CFR §8.10 was promulgated by the DEA without statutory authority, in violation of the nondelegation doctrine and in violation of the major questions doctrine, order returned to him $32,480.00 in US currency, and any other relief that the Court may see fit to grant.

Respectfully Submitted,

Leonard Tyler, Jr #60750-060
FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

## CERTIFICATE OF SERVICE

I hereby certify that this Complaint was mailed to the Clerk of the Court, 1st Class Postage Prepaid, this 2nd day of FEBRUARY, 2026.

Leonard Tyler, Jr. 607500200

F.C.I Cumberland

P.o. Box 1000

Cumberland, MD 21501

# EXHIBIT

# #1

# STANDARD CLAIM FORM

Filed In: Tyler v. United States ND Oh Case No: Pending

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION | |
|---|---|
| Claimant/Contact Name: (Last, First) Tyler, Leonard B. | |
| Business/Institution Name: (if applicable) N/A | Prisoner ID: (if applicable) 60750-060 |
| Address: (Include Street, City, State, and Zip Code) 1184 CORDOVA AVE AKRON OH 44320 | |
| Social Security Number/Tax Identification Number (Enter N/A if you do not have one) | |
| Please provide an explanation why you do not have a Social Security Number, if above is N/A: N/A | |
| Phone (optional) 234 803-4800 | Email: (optional) leonardtyler 0812@yahoo |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| Attorney Name: (Last, First) N/A | |
| Attorney Title: | |
| Firm Name: (if applicable) | |
| Attorney Address: (Include Street, City, State, and Zip Code) | |
| Are you an attorney filing this claim on behalf of your client? ☐ YES ☐ NO | |
| Attorney Phone: (optional) | Attorney Email: (optional) |

If any of this information changes, you are responsible for notifying the agency of the new information.

## SECTION II – ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|---|---|
| | 21-DEA-683656 | $32,480.00 US currency |
| | | |
| | | |
| | | |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 21-DEA-6635326 | $32,480.00 US currency |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

This money belongs to me. Over the past couple years I have a business and a license that has allowed me to make cash. I have a mobile detailing and power washing business where customers paid cash at the time of service. Also I've been a 1099 contracted employee as a State of Ohio Dealer Licensed salesperson at a local dealership where I earned cash comission and have completed numerous cash car deals that can be accounted for.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

I have included my articles of organization for my business. Also attached is proof of my State of Ohio salesperson license Both of these endeavors have allowed me to accumulate this cash over time.

## SECTION IV – RECOVERY OF LOSS

Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses then leave this section blank.

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| Asset ID | Asset Description |
| | |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| Name of Insured (Last, First)  N|A | |
| Policy Number: | Claim Number: |
| Name of Insurance Company: | Name of Insurance Agent: (Last, First) |
| Insurance Company Address: (Include Street, City, State, and Zip Code) | |
| Phone: (optional) | Email: (optional) |
| Have you received compensation from the insurance company?  ☐ YES   ☐ NO | Amount of Compensation: |

If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| Source of Recovery 1.  N|A | Amount of Recovery: |
| Source of Recovery 2. | Amount of Recovery |

In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.  N|A

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____
Signature

Leonard B. Tyler Jr.
_____
Printed Name

12/20/2021
_____
Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Frank LaRose
4485244

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

### L & L'S V.I.P MOBILE CAR AND POWER WASH LLC

and, that said business records show the filing and recording of:

| Document(s) | Document No(s |
|---|---|
| **DOMESTIC FOR PROFIT LLC - ARTICLES OF ORG**<br>Effective Date:   06/10/2020 | **202016201878** |



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 10th day of June, A.D. 2020.

**Ohio Secretary of State**

DOC ID ----> 202016201878

Form 533A Prescribed by:



**Frank LaRose**
*Ohio Secretary of State*

Toll Free: 877.767.3453 | Central Ohio: 614.466.3910

OhioSoS.gov | business@OhioSoS.gov

File online or for more information: OhioBusinessCentral.gov

Date Electronically Filed: 6/10/2020

# Articles of Organization for a Domestic
# Limited Liability Company
## Filing Fee: $99
### Form Must Be Typed

**CHECK ONLY ONE (1) BOX**

| | |
|---|---|
| (1) Articles of Organization for Domestic ◉ For-Profit Limited Liability Company (115-LCA) | (2) Articles of Organization for Domestic ☐ Nonprofit Limited Liability Company (115-LCA) |

Name of Limited Liability Company **L & L's V.I.P Mobile Car and Power Wash LLC**

(Name must include one of the following words or abbreviations: "limited liability company," "limited," "LLC," "L.L.C.," "ltd., "or "lld".)

**Optional:** Effective Date (MM/DD/YYYY) **6/10/2020**

(The legal existence of the corporation begins upon the filing of the articles or on a later date specified that is not more than ninety days after filing.)

**Optional:** This limited liability company shall exist for [ ]

Period of Existence

**Optional:** Purpose

** **Note for Nonprofit LLCs**
The Secretary of State does not grant tax exempt status. Filing with our office is not sufficient to obtain state or federal tax exemptions. Contact the Ohio Department of Taxation and the Internal Revenue Service to ensure that the nonprofit limited liability company secures the proper state and federal tax exemptions. These agencies may require that a purpose clause be provided. **

DOC ID ---> 202016201878

## Original Appointment of Statutory Agent

The undersigned authorized member(s), manager(s) or representative(s) of

L & L's V.I.P Mobile Car and Power Wash LLC

(Name of Limited Liability Company)

hereby appoint the following to be Statutory Agent upon whom any process, notice or demand required or permitted by statute to be served upon the corporation may be served. The complete address of the agent is:

LEONARD TYLER, JR.

(Name of Statutory Agent)

1184 CORDOVA

(Mailing Address)

AKRON

(Mailing City)

OH

(Mailing State)

44320

(Mailing ZIP Code)

## Acceptance of Appointment

The Undersigned, LEONARD TYLER, JR. , named herein as the

(Name of Statutory Agent)

Statutory agent for  L & L's V.I.P Mobile Car and Power Wash LLC

(Name of Limited Liability Company)

hereby acknowledges and accepts the appointment of statutory agent for said limited liability company.

Statutory Agent Signature LEONARD TYLER, JR.

(Individual Agent's Signature / Signature on Behalf of Business Serving as Agent)

533A                    Page 2 of 3                    Last Revised: 06/2019

DOC ID ---> 202016201878

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**

Articles and original appointment of agent must be signed by a member, manager or other representative.

If the authorized representative is an individual, then they must sign in the "signature" box and print his/her name in the "Print Name" box.

If the authorized representative is a business entity, not an individual, then please print the entity name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print his/her name and title/authority in the "Print Name" box.

LEONARD TYLER, JR.

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name

Signature

By (if applicable)

Print Name





DEA FORFEITUR
8701 MORRISSE

SPRINGFIELD V
(000) 000 - 0000



TRK# 2879 7045 5

XE ZFC



499   D

OMA

OHIO DEPARTMENT OF PUBLIC SAFETY
BUREAU OF MOTOR VEHICLES

**DEALER'S LISTING OF LICENSED SALESPERSONS**

| NAME OF SALESPERSON | ADDRESS (STREET) | (CITY & STATE) | SALES |
|---|---|---|---|

**Vendor's License**

Licensed Number issued by State Dept. of Taxation
No. 77100904

COUNTY OF SUMMIT        DATE APRIL 1, 2018

TOTAL AUTO SALES AND RENTALS LLC

2670 MANCHESTER RD

ARRON, OHIO 44319

USED CAR DEALERS

This item is required by Ohio Revised Code Section 4517.10, and shall be available at the location.



This envelope is only for FedEx Express shipments.

You can help us get your package safely to its destination by packing your items securely. Need help? Go to fedex.com for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide or the conditions of carriage for complete terms, conditions and limits of liability.

© 2020 FedEx 188473 155476 REV 11/20



Please recycle. See how we're connecting the world in responsible and resourceful ways at sustainability.fedex.com.

# EXHIBIT

# #2

# TEXT OF 1/18/22 LETTER

Filed In: Tyler v. United States ND Ohio Case No: Pending

TRULINCS 60750060 - TYLER, LEONARD JR - Unit: CUM-C-B

---------------------------------------------------------------------------------------

FROM: Tye, Eris
TO: 60750060
SUBJECT: Mail
DATE: 06/08/2025 09:06:03 PM

RE:
Asset I. D. No.: 21-DEA-683526
Property:
$32,480.00 U.S.. Currency
Judicial District: Northern District of Ohio
Dear Mr. Tyler:
The Drug Enforcement Administration (DEA.) has received the submission regarding the above-referenced asset(s). The following information is provided:
The claim has been accepted and this matter has been referred to the judicial district noted above. Please direct all inquiries regarding this matter to that office.
Further correspondence to DEA regarding this matter must reference the DEA asset identification numbers) noted above and must be addressed to the Forfeiture Counsel, Drug Enforcement Administration, Asset Forfeiture Section, 8701 Morrissette Drive, Springfield, Virginia 22152.
Correspondence will be deemed filed (or submitted) on the business date it is actually received by the Forfeiture Counsel at the address listed above. Correspondence will not be accepted nor considered filed on weekends or federal holidays, or when it is received by any other office or official, such as a court, United States Attorney's Office, or local DEA office. In addition, a Claim or Petition is not considered filed or submitted if received facsimile transmission. Finally, correspondence is not considered filed or submitted on the date it is mailed or delivered to any person for delivery to the forfeiture counsel.
Rick Green 1/18/2022
Supervisory program analyst

# EXHIBIT

# #3

# 4/28/25 LETTER

Filed In: <u>Tyler v. United States</u> ND Oh Case No: Pending



**U. S. Department of Justice**

Drug Enforcement Administration

*www.dea.gov*

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Leonard Tyler, Jr. – Prisoner ID No. 60750-060
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

RE:    Asset ID No.:    21-DEA-683526
         Property:       $32,480.00 U.S. Currency

Dear Mr. Tyler:

I am writing to inform you of the decision to return the above-referenced property to the owner. In order to receive the funds, please complete the "Employee/Vendor/Payee Information" and "Financial Institution Information" sections on the enclosed UFMS Vendor Request Form (ACH Form).

The completed Form(s) must be returned to this office at the DEA address or e-mail noted below within **thirty (30)** days from the date this letter is postmarked. The **Employee/Vendor/Payee Information** section of the UFMS Vendor Request Form <u>must</u> contain the property owner's name and taxpayer ID number. Please print or type when completing the Form. The payment will be made by electronic funds transfer to the bank account designated on the UFMS Vendor Request Form. Please be advised it may take a minimum of 60 days before the property can be returned to you.

The Debt Collection Improvement Act of 1996, 31 United States Code § 3716, requires the Department of the Treasury and other disbursing officials to offset Federal payments to collect delinquent non-tax debts owed to the United States, or delinquent debts owed to states, including past-due child support enforced by states. If an offset is made during an electronic funds transfer, the owner will receive a notification from the Department of the Treasury at the last address provided by the debtor to the creditor. If the owner believes the payment may be subject to an offset, they may contact the Treasury Department at the following number: 1-800-304-3107. Failure to return the Form will result in the abandonment of the property, as indicated below.

**Abandonment of Asset if the ACH Form is not returned**

This letter is the formal notification that pursuant to 41 C.F.R. § 128-48.1, this property will be

abandoned, resulting in the title vesting in the United States, if the enclosed UFMS Vendor Request Form(s) is not completed and received by DEA at the below physical or email address within **thirty (30) days** from the date this letter is postmarked. Because DEA believes the owner is the correct person(s) to receive the property, they are not being asked to submit an abandonment claim pursuant to 41 C.F.R. § 128-48.102-1. The owner need only return the completed ACH Form(s) by the deadline.

If the property is abandoned, the owner will not receive any additional notification that the abandonment has occurred.

Further correspondence with this office, including the completed UFMS Vendor Request Form(s), must include the Asset ID number referenced above and be addressed to the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152. Alternatively, you may e-mail (*preferred method*) the Form to DEA.AFS-ACH.Processing@usdoj.gov.

Sincerely,

**PETER JOHNSON** Digitally signed by PETER JOHNSON Date: 2025.04.28 10:12:08 -04'00'

Peter N. Johnson
Section Chief
Asset Forfeiture Section

Enclosure(s)

CC:    Michael Bowler, Esq.
       Blakemore Meeker & Bowler Co., L.P.A.
       495 Portage Lakes Dr.
       Coventry Township, OH 44319



# U.S. DEPARTMENT OF JUSTICE

## Unified Financial Management System (UFMS)
## Vendor Request Form

This form must be electronically filled out, no handwritten forms will be accepted

**1. Request Type:** New

**2. Is Vendor Required to Register in SAM?** N

If the vendor is required to register in SAM.gov, please have them do so before completing this form. SAM.gov Registration exceptions can be found in FAR 4.1102. The assumption is that the SAM.gov information is valid. If the information currently listed at SAM.gov or in the UFMS is incorrect, then the vendor should be contacted to update their SAM.gov information.

**3. If No, What is the FAR Exemption?** Refund Vendor

### USDOJ Component Information

| | |
|---|---|
| **4. Date of Request:** | **5. Requesting Component:** U.S. Marshals Service |
| **6. Component Contact:** AFD.ACHForms@usdoj.gov | **7. Office Phone Number:** (703) 740-9326 |
| **8. Purpose of Request:** Asset Forfeiture - Return of Funds/Settlement Payment | |
| **9. UFMS Security Org:** USMS | **10. Vendor Type:** Non-Vendor (NON) |
| **11. Component-Specific Justification:** N/A | |
| **12. Payment Type:** PPD | **13. Prompt Pay Type:** Non-PromptPayAct (NONPPA) |

### Employee/Vendor/Payee Information

| | |
|---|---|
| **14. Vendor Name:** Leonard Tyler Jr. | |
| **15. DUNS Number +4:** N/A | **16.** SSN |
| **17. Street Address:** | |
| **18. City, State, Zip:** | |
| **19. Country:** United States of America | **20. Email Address:** |
| **21. Vendor Phone Number:** | **22. Fax Number:** |
| **23. Vendor Contact:** | **24. NCIC/TPID Code:** 2173452 |
| **25. Federal Government Agency Location Code (ALC):** N/A | |

### Financial Institution Information

| | |
|---|---|
| **26. Bank Name:** | |
| **27. Street Address:** | |
| **28. City, State, Zip:** | |
| **29. Country:** United States of America | **30. Bank Phone Number:** |
| **31. ABA Number:** | **32. Account Number:** |
| **33. Account Type:** | Re-Enter Account Number: |

**PRIVACY ACT STATEMENT:** *The following information is provided to comply with the Privacy Act of 1974 (P.L. 93-579). All information on this form is required under the provisions of 31 U.S.C. 3322 and 31 CFR 210. This information will be used by the Treasury Department to transmit payment data, by electronic means to vendor's financial institution. Failure to provide the requested information may delay or prevent the receipt of payments through the Automated Clearing House Payment System.*


Submit Form



# U.S. DEPARTMENT OF JUSTICE

## Unified Financial Management System (UFMS)
## Vendor Request Form
## Instructions for Asset Forfeiture - Return of Funds - Settlement Payment

### USDOJ Component Information

| | |
|---|---|
| **Box 4 - Date of Request:** | Enter the **Date** the request will be submitted |
| **Box 12 - Payment Type:** | Review the options below |
| | • Select **CCD** for payment to a Corporate account |
| | • Select **PPD** for payment to a Personal account |
| | • Select **Check** if requesting to be paid by check (Note: If Check is selected, Boxes 17-19 must contain a valid mailing address and Boxes 26-33 will remain blank) |

### Employee/Vendor/Payee Information

| | |
|---|---|
| **Box 14 - Vendor Name:** | Enter the **Name** of the individual/business (i.e., Defendant, Claimant, Petitioner) legally entitled to the funds |
| | • If an attorney filling out this form on behalf of a client - Enter the Client's name followed by "c/o [Attorney's name]" |
| **Box 16 - EIN/SSN/TIN:** | Enter the **Tax ID Number** of the Petitioner who is legally entitled to the funds |
| | • If a business - Select **EIN/TIN** and enter Tax ID Number (numbers only)(e.g., 12-3456789) |
| | • If an individual - Select **SSN** and enter the Social Security Number (numbers only) (*e.g., 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) |
| **Box 17 - Street Address:** | Enter current **Address** |
| **Box 18 - City, State, Zip Code:** | Enter current **City, State, and Zip Code** |
| **Box 19 - Country:** | Enter the **Country** of address in Boxes 17-18 |
| **Box 20 - E-mail Address:** | Enter an **E-mail Address** relative to the party identified in Box 14 |
| **Box 21 - Vendor Phone No:** | Enter a **Phone Number** relative to the party identified in Box 14 |
| **Box 23 - Contact Name:** | Enter the **Name** of the point of contact relative to the party identified in Box 14 |
| **Box 24 - NCIC/TPID Code:** | Enter the **CATS Party ID Number** (Note: This number is 6-10 digits long and is typically conveyed in the subject of the correspondence instructing you to complete the UFMS Vendor Request Form. Please contact the Agency that sent the correspondence should you have any questions regarding this field) |

### Financial Institution Information

| | |
|---|---|
| **Box 26 - Bank Name:** | Enter the **Name** of the bank where funds are to be transferred |
| **Box 27 - Street Address:** | Enter the **Address** for the bank in Box 26 |
| **Box 28 - City, State, Zip Code:** | Enter the **City, State, and Zip Code** for the bank in Box 26 |
| **Box 30 - Bank Phone No:** | Enter the **Phone Number** for the bank in Box 26 |
| **Box 31 - ABA Number:** | Enter the **9 Digit Routing Number** for the bank holding the account where funds are to be transferred |
| **Box 32 - Account Number:** | Enter the **Account Number** where the funds are to be transferred |
| **Box 33 - Account Type:** | Enter the appropriate **Account Type** for Account Number in Box 32 |

Click the **"Submit Form"** button to e-mail the form to AFD.ACHForms@usdoj.gov. The e-mail address in Box 20 will receive a courtesy e-mail when your information is entered into the financial system.

JMD/UFSG - Vendor Request Form                                                    February 2019

# EXHIBIT

# #4

# 5/11/25 LETTER

Filed In: Tyler v. United States ND Oh Case No: Pending



**U. S. Department of Justice**
Drug Enforcement Administration

---

*www.dea.gov*

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Leonard Tyler, Jr. – Prisoner ID No. 60750-060
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

Re: Asset ID No.: 21-DEA-683526
     Property: $32,480.00 U.S. Currency

Dear Mr. Tyler:

    I am writing to you regarding a handwritten Claim (using a Standard Claim Form), that contains a signature purported to be yours and dated December 21, 2021. The claim was not submitted through an attorney. The Claim indicated "N/A" in the block asking for attorney information. The Claim was written in the first person and signed with your name under the following statement:

> *The following declaration must be completed by the claimant.*
>
>     *I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.*

    After accepting the Claim, believing it to be signed by you (the claimant), under penalty of perjury, the Drug Enforcement Administration (DEA) learned that the Claim was in fact written and signed by a third party who used your name. During an investigation the third party admitted to writing and signing the Claim using your name.

    A Claim may not be signed by a third party on behalf of a claimant (e.g., an attorney representing a claimant may not sign the Claim for his/her client, nor may a person use a power of attorney to sign the claimant's name). <u>See</u> 18 U.S.C. § 983(a)(2)(C) and 28 C.F.R. 8.10(b)(3). Accordingly, the Claim was not valid and is hereby rejected. Your time period to file a valid Claim has also expired. Because no timely valid Claims have been received, this asset has been administratively forfeited.

    For the reasons indicated above, the previous DEA letter dated April 28, 2025, regarding the return of the above asset, is also rescinded.

Page 2

Further correspondence with this office, must include the Asset ID number referenced above and be addressed to the Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, HQs Forfeiture Response, 8701 Morrissette Drive, Springfield, Virginia 22152.

Sincerely,

**ROBERT PORZEINSKI**
Digitally signed by
ROBERT PORZEINSKI
Date: 2025.05.05
13:26:54 -04'00'

Robert A. Porzeinski
Senior Attorney
Asset Forfeiture Section (CCF)

cc:  Michael Bowler, Esq.
495 Portage Lakes Dr.
Coventry Township, OH 44319

# EXHIBIT

# #5

# 5/19/25 LETTER

Filed In: Tyler v. United States ND Oh Case No: Pending

MAY 19, 2025

Forfeiture Counsel
Asset Forfeiture Section
Drug Enforcement Administration
HQs Forfeiture Response
8701 Morrissette Dr
Springfield, VA 22152

Re: 21-DEA-683526, $32,480.00 US Currency

Dear Sirs/Madams:

Mr. Leonard Tyler, Jr. intends to bring suit to challenge the administrative forfeiture of $32,480.00, Asset ID No. 21-DEA-683526. Specifically, he believes that the administrative forfeiture provisions of 18 USC §983 and related statutes violate US Const Amend VII, that 28 CFR §8.10-(b)(3) exceeds statutory authority and is an arbitrary and capricious application of 18 USC §983 and related statutes, and that the DEA in this matter have not adhered to the relevant statutes and regulations.

If there is any further route of administrative appeal available to Mr. Tyler, please advise in writing within 30 days.

FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

Sincerely,

Leonard Tyler, Jr #60750-060

# EXHIBIT

# #6

# 6/5/25 LETTER

Filed In: <u>Tyler v. United States</u> ND Oh Case No: Pending

Drug Enforcement Administration

*www.dea.gov*

**JUN 0 5 2025**

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Leonard Tyler, Jr. – Prisoner ID No. 60750-060
FCI Cumberland
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

Re: Asset ID No.: 21-DEA-683526
    Property: $32,480.00 U.S. Currency

Dear Mr. Tyler:

    The Drug Enforcement Administration (DEA), received the enclosed handwritten letter dated May 19, 2025, regarding the above reference asset. The letter was submitted directly by you from your incarceration address. Please be advised that this asset was administratively forfeited and disposed of according to law.

    As indicated in our letter to you dated May 5, 2025, your previously submitted claim was defective because it was not signed by you. The investigation conclusively established that a third party signed the claim using your name. A Claim may not be signed by a third party on behalf of a claimant (e.g., an attorney representing a claimant may not sign the Claim for his/her client, nor may a person use a power of attorney to sign the claimant's name). See 18 U.S.C. § 983(a)(2)(C) and 28 C.F.R. 8.10(b)(3). The law is well settled in this regard. Because you failed to submit timely and valid claim, DEA resumed the administrative forfeiture and forfeited the asset. This matter is now closed in this office.

Sincerely,

**ROBERT PORZEINSKI**    Digitally signed by ROBERT PORZEINSKI
Date: 2025.06.04 14:30:35 -04'00'

Robert A. Porzeinski
Senior Attorney
Asset Forfeiture Section (CCF)

cc:    Michael Bowler, Esq.
       495 Portage Lakes Dr.
       Coventry Township, OH 44319

Forfeiture Counsel
Asset Forfeiture Section
Drug Enforcement Administration
HQs Forfeiture Response
8701 Morrissette Dr
Springfield, VA 22152


Re: 21-DEA-683526, $32,480.00 US Currency


Dear Sirs/Madams:

Mr. Leonard Tyler, Jr. intends to bring suit to challege the administrative forfeiture of $32,480.00, Asset ID. No. 21-DEA-683526. Specifically, he believes that the administrative forfeiture provisions of 18 USC §983 and related statutes violate US Const Amend VII, that 28 CFR §8.10-(b)(3) exceeds statutory authority and is an arbitrary and capricious application of 18USC §983 and related statutes, and that the DEA in this matter have not adhered to the relevant statutes and regulations.

If there is any further route of administrative appeal available to Mr. Tyler, please advise in writing within 30 days.

FCI- Cumberland
PO Box 1000
Cumberland, MD 21501

Sincerely,

Leonard Tyler, Jr #60750-060



FEBRUARY 2, 2026

Clerk

United States District Court for the

Northern District of Ohio

Re: Tyler v. United States (enclosed)

Dear Clerk:

Please sign, seal and return the enclosed summonses for the defendants in

Tyler v. United States (enclosed) to the address below.

Sincerely,

Leonard Tyler Jr # 60750-060

FCI- Cumberland

PO Box 1000

Cumberland, MO 21501

—1—

## United States District Court
### Northern District of Ohio
Office of the Clerk
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Sandy Opacich
Clerk of Court

(216) 357-7000

September 12, 2025

Leonard Tyler #60750060
FCI Cumberland
Federal Correctional Inst
Cumberland, MD 21501

RE: Proposed Filing

Dear Leonard Tyler,

On September 11, 2025 we received your proposed filing. Unfortunately, the document is being returned to you as it was submitted without the required filing fee, or a completed application for leave to proceed in forma pauperis as required by 28 U.S.C. § 1914 and 1915. If you wish to file a new case please resubmit your documents with the following:

- The $405.00 filing fee. Checks should be made payable to Clerk, U.S. District Court, or AO239 & Prisoner Financial Application to Proceed without Prepayment of Fees and affidavit.

- Completed Civil Cover Sheet.

SANDY OPACICH, CLERK

By: *Christopher Blair*

Operations Specialist

568 John F. Seiberling
Federal Building and U.S. Court House
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 James M. Ashley & Thomas W. L. Ashley
U.S. Court House
1716 Spielbusch Avenue
Toledo, OH 43604-5385
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400

JS 44 (Rev. 09/23)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**5:26 CV 281**

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Leonard Tyler, Jr. | United States of America, Drug Enforcement Agency |

**(b)** County of Residence of First Listed Plaintiff    Summit
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Akron, Ohio
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

pro se

Attorneys *(If Known)*

pro se

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question (U.S. Government Not a Party)

☒ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☒ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
**INTELLECTUAL PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016
**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5 USC § 701, et seq. and US Const Amends IV, V, VII

Brief description of cause:
unlawful administrative forfeiture

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # 10270   AMOUNT $405.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.**   Civil Categories: (Please check one category only ).

1. ☒  General Civil
2. ☐  Administrative Review/Social Security
3. ☐  Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

**II.**   **RELATED OR REFILED CASES** See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regardfor the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action: ☐ is **RELATED** to another **PENDING** civil case  ☐ is a **REFILED** case  ☐ was **PREVIOUSLY REMANDED**

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.**   In accordance with Local Civil Rule  3.8, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER.  UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1)   **Resident defendant** If the defendant resides in a county within this district, please set forth the name of such county
**COUNTY:**
Corporation For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.

(2)   **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
**COUNTY:**

(3)   **Other Cases**. If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
**COUNTY**

**IV.**   The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section  III, please check the appropriate division.

**EASTERN DIVISION**

☒ AKRON  (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
☐ CLEVELAND  (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
☐ YOUNGSTOWN  (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

☐ TOLEDO  (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)



_ara_ _Tyler_ _46438660_
_nberland_ Federal Correctional
_). Box_ 1000 _Institution_
_umberland, Maryland_ 21501

568 John F. Seiberling
Federal Building and US Court House
2 South Main St
Akron Ohio 44308-1876