UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LEONARD TYLER, JR. | : | |
| | : | Crim. No.: 26-CV-00281 |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA. | : | |

FILED
JUL 2 0 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

**MOTION FOR EXTENSION OF TIME**

Plaintiff, Leonard Tyler, Jr. ("Mr. Tyler"), pro se, asks this Court for extension of time to file a proper response to the Government's Motion to Dismiss. In support of this request, Mr. Tyler presents the following:

1. This is Mr. Tyler's first request for an extension of time to file a repsonse;

2. Mr. Tyler is a pro se litigant with no formal training in the legal field. Moreover, Mr. Tyler needs the additional time to file a meaningful Objective to the Government's Motion to Dismiss;

3. Mr. tyler is confined to a federal correctional faciltiy where, fo for obvious reasons, he has limited access to legal resources;

4. This Motion is filed, in this Honorable Court, in the interest of justice, and not for the purpose of delay. The United States will not be prejudiced by a forty-five (45) day extension of time.

Wherefore, Mr. Tyler moves this Honorable Court to grant this request for a 45 day extension of time to file an Objection to the Government's Motion to Dismiss.

Respectfully submitted,

7-16-26

Leonard Tyler, Jr.
FCI Cumberland
Po Box 1000
Cumberland, MD 21501