Leonard Tyler 60750060
Cumberland Federal Correctional Institution
P.O. Box 1000
Cumberland, Maryland 21501

⇔60750-060⇔
Federal Building
u.s. District Court
2 S MAIN ST
United States Clerk
Akron, OH 44308
United States

RECEIVED
SEP 08 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

Legal mail

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®
7019 2970 0001 1412 3870

42

AUG 2 8 2026

FEDERAL CORR[illegible] INSTITUTION
14[illegible] ROAD, SE
CUMBERLAN[illegible] MARYLAND 21502

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLASSIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.