PRESS FIRMLY TO SEAL

FSC MIX Board FSC™ C116916

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

Retail

P

US POSTAGE PAID
$13.90
Origin: 77070
10/15/26
4800420059-66

PRIORITY MAIL®

0 Lb 3.20 Oz
RDC 03

EXPECTED DELIVERY DAY: 10/19/26

C002

SHIP TO:
2 S MAIN ST
AKRON OH 44308-1813

USPS TRACKING® #

9505 5104 4801 6288 8848 53

- Expected delivery date speci
- Domestic shipments include
- USPS Tracking® service inclu
- Limited international insuran
- When used internationally, a

*Insurance does not cover certain item
Domestic Mail Manual at http://pe.usps
** See International Mail Manual at http

FLAT RATE EN
ONE RATE ■ ANY WEIGHT

TRACKED ■ INS

PS00001000014

OD: 12 1/2 x 9 1/2

POUCH

FROM:

Leonard Tyler, Jr.
Register No. 60750-060
FCI Cumberland
P.O. Box 1000
Cumberland, MD 21501

TO:

Office of the Clerk
U. S. District Court
for the Northern District of Ohio
2 South Main Street
Akron, Ohio 44308

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.